# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAMES RUZICKA,

   Plaintiff

-vs-                                              CASE NO.:  6:18-cv-01261-GAP-TBS

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC
d/b/a RPM.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, James Ruzicka, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 3, 2018

                                                    */s/ Janelle Neal*_____
                                                    Janelle Neal, Esq.
                                                    Florida Bar No.: 774561
                                                    TGomez@ForThePeople.com
                                                    JNeal@forthepeople.com
                                                    MMartinez@forthepeople.com
                                                    Morgan & Morgan, Tampa, P.A.
                                                    201 N. Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Tele: (813) 223-5505
                                                    Fax: (813) 223-5402
                                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of October, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                                          */s/ Janelle Neal*_____
                                                          Janelle Neal, Esq.
                                                          Florida Bar No.: 774561